RECEIVED
AUG - 2 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
AUG 22 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KHOI VAN LUONG | * | CIVIL NO. 07-1171 |
| VERSUS | * | JUDGE DOHERTY |
| FEDERAL CORRECTIONAL INSTITUTION OAKDALE | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that this petition for a writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 be **DENIED AND DISMISSED** as moot.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _22_ day of _August_, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE